*(Rev. 6/14/2022)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| Julian Ramirez Meza | Case No.   1:25-cv-02075-JE-JPM |
| Plaintiff | |
| VS. | Judge   **Jerry Edwards** |
| Pamela Bondi et al | Magistrate Judge   **Joseph Perez-Montes** |
| Defendant | |

**ORDER**

IT IS ORDERED that <u>David Wilson</u> be and is hereby admitted to the bar of this Court

pro hac vice on behalf of <u>Julian Ramirez Meza</u> above described action.

SO ORDERED on this, the <u> 2nd </u> day of <u>January</u>, 20<u>26</u>

_____
U.S. Magistrate Judge
JOSEPH H.L. PEREZ-MONTES